UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARTH ANTHONY KNIGHT, ) </br> ) </br> ) </br> *Plaintiff*, ) </br> ) </br> v. ) </br> ) </br> ARTHUR EDWARDS RHOADES, JR., ) </br> et al., ) </br> *Defendants*. ) </br> ) </br> _____) | Civil Action No. 16-214 Erie </br></br> ORDER |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, there being no objections thereto, and the balance of record, **HEREBY ORDERS**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) This case is **DISMISSED** for failure to prosecute. Plaintiff has failed to provide this Court with a written notice of his change of address, as he is required to do under the terms of this Court's service order (Doc. No. 6.)

(3) This case is **CLOSED**.

(4) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 26th day of June, 2017.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE